UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIO PHILLIPS,<br><br>        Plaintiff,<br><br>    -against-<br><br>LEONARD RUSS AND LINDA MYERS RUSS D/B/A BAYBERRY CARE CENTER; UNITED FOOD AND COMMERCIAL WORKERS UNION,<br><br>        Defendants. | 23-CV-8283 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff brings this action *pro se*. By order dated December 5, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. (ECF 4.) On January 30, 2024, Plaintiff filed a letter stating that she was injured in a car accident and requesting an extension of time to file her amended complaint. (ECF 5.) The Court grants Plaintiff's request. Plaintiff must file her amended complaint within 60 days of the date of this order.

## CONCLUSION

  The Court grants Plaintiff's request for an extension of time to file her amended complaint. (ECF 5.)

  Plaintiff must submit her amended complaint within 60 days of the date of this order. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such

failure, the complaint will be dismissed for the reasons stated in the Court's December 5, 2023 order.

SO ORDERED.

Dated:   February 6, 2024
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge