UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIO PHILLIPS,<br><br>                       Plaintiff,<br><br>-against-<br><br>LEONARD RUSS AND LINDA MYERS RUSS D/B/A BAYBERRY CARE CENTER; UNITED FOOD AND COMMERCIAL WORKERS UNION,<br><br>                      Defendants. | 23-CV-8283 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 6, 2024
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                     Chief United States District Judge