UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIO PHILLIPS,

               Plaintiff,

        -against-

UNITED FOOD AND COMMERCIAL
WORKERS LOCAL 2013; LEONARD RUSS
AND LINDA MEYER RUSS,

              Defendants.

23-CV-8283 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Because Plaintiff, who is proceeding *pro se*, filed an amended complaint as permitted by the Court's June 3, 2024 order, by order dated September 17, 2024, the Court directed the Clerk of Court to reopen this action for further proceedings.

    Because Plaintiff complied with the June 3, 2024 order and this action is now reopened for further proceedings, the Court directs the Clerk of Court to vacate the April 29, 2024 order of dismissal (ECF 8) and May 6, 2024 civil judgment (ECF 9).

SO ORDERED.

Dated:   September 19, 2024
           New York, New York

                                     /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                   Chief United States District Judge