

# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4019 Direct
(212) 972-3213 Fax
daniel.schudroff@jacksonlewis.com

December 12, 2025

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    **Clio Phillips v. United Food and Commercial Workers
> Union Local 2013 et al.**
> **Case No. 23-CV-8283 (KMK)**

Dear Judge Karas:

We are counsel for Defendant Bayberry Rehabilitation and Care Center ("Defendant") in the above-referenced case filed by <u>Pro Se</u> Plaintiff, Clio Phillips ("Plaintiff"). On November 26, 2025, we submitted a letter to the Court detailing our unsuccessful attempts to coordinate with Plaintiff to prepare a draft Civil Case Management and Scheduling Order. On November 29, 2025, Your Honor issued an Order requiring Plaintiff to respond to our November 26, 2025 letter by December 8, 2025, noting that "[i]f Plaintiff does not respond, the Court may consider appropriate sanctions, including dismissal of the case without prejudice."

Plaintiff has failed to respond by the December 8, 2025 deadline. Accordingly, we are respectfully requesting dismissal of Plaintiff's Complaint.

Thank you for your consideration in this regard.

In light of Plaintiff's subsequent responses, *e.g.* Dkt. No. 54, this Motion is denied.  The Clerk of Court is respectfully directed to terminate the Motions pending at Dkt. No. 51 and Dkt. No. 53.

SO ORDERED.

April 7, 2026

Respectfully submitted,

JACKSON LEWIS PC

/s Daniel D. Schudroff

**JacksonLewis**

cc:    Clio Phillips, *Pro Se* Plaintiff (via UPS Overnight Mail)
       Nicholas A. Scotto, Esq. (FIRM)