UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CLIO PHILLIPS,

Plaintiff,

-against-

BAYBERRY REHABILITATION
AND CARE CENTER,

Defendant.

-----------------------------------------------------------x

**ORDER**

23 Civ. 8283 (KMK) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court is in receipt of a letter from Plaintiff that was mailed on August 17, 2026 which raised questions Plaintiff had about the check she had received from Defendant. A Stipulation and Order of Dismissal with Prejudice was filed in this case on August 19, 2026, ECF No. 70, and the case is now closed. However, to the extent that Plaintiff has questions regarding the notations "Employee Id 9999" and "Hire Date 07/13/2026" on the check she received from Defendant, Plaintiff should address those questions to counsel for Defendant.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: August 26, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge